MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Keith Anthony Beals** | v. | **Ivan Bartos, et al.** |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO. 2:06-cv-00801-JWS |
| PROCEEDINGS:   **ORDER FROM CHAMBERS** | | Date: August 2, 2007 |

At docket 20, Magistrate Judge Anderson recommends that this court deny the application filed by Keith Anthony Beals for a writ of habeas corpus. Beals filed objections at docket 21.

This court reviews the recommended findings of fact and conclusions of law set out by the magistrate judge according to the following standard: All recommended conclusions of law and any recommended findings of fact as to which an objection is made are reviewed de novo. All other recommended findings of fact are reviewed for clear error. Having applied that standard of review, this court finds no error in the thorough report prepared by Judge Anderson. Accordingly, this court adopts his recommended findings and conclusions. The report at docket 20 is **APPROVED**; the petition at docket 1 is **DENIED**.